1
2
3
4
5

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               MAR   7  2011

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

6            UNITED STATES DISTRICT COURT

7            CENTRAL DISTRICT OF CALIFORNIA

8                 WESTERN DIVISION

9

10   ADRIAN KITTLER,                    )   No. CV 10-9773 ODW (FFM)
11              Petitioner,             )
                                        )   JUDGMENT
12        v.                            )
13   DIRECTOR OF CORRECTIONS,           )
14              Respondent.             )
15   _____)

16        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: ___03-07-2011___

21

22                          _____

23                                OTIS D. WRIGHT II
                                United States District Judge
24

25

26

27

28